## AFFIRMATION OF SERVICE

14.8\*

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>PHILLIPS & ASSOCIATES   45 BROADWAY STE 430 NEW YORK, NY 10006 | Client's File No.: _____<br>Index Number:   1:24-CV-02107-ER<br>Date Filed:   March 21, 2024 |

ALEXANDRA NOH

*Plaintiff*

VS

ADMARKETPLACE, INC., AND EUGENE KILBERG INDIVIDUALLY

*Defendant*

### SECRETARY OF STATE

**Steve Avery**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **4/8/2024** at **9:00 AM** at 1 Commerce Plaza, Albany, New York 12260 the office of the Secretary Of State, of the State of New York, deponent served 2 true copies of a **Summons in a Civil Action and Complaint**

on **ADMARKETPLACE, INC.**
(Defendant/Respondent)

Said service was effected in the following manner;
By delivering to an leaving with **SUE ZOUKY** authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service, deponent paid said Secretary of State a fee of $40.00.
That said service was made pursuant to **306 Business Corporation Law**

**Description:**
Gender: Female      Race/Skin: White      Age: 65      Weight: 100-130 Lbs.   Height: 5ft0in-5ft3in     Hair: Gray     Glasses: No     Other:

I affirm on this day____April 9, 2024____, under the penalties of perjury under the law of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Steve Avery
Server Lic #
JobID#    2419611



INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771
UNITED PROCESS SERVICE