IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA NOH,<br><br>                                         Plaintiff,<br><br>          -against-<br><br>ADMARKETPLACE, INC., and EUGENE KILBERG,<br><br>                                         Defendants. | NOTICE OF APPEARANCE<br>OF MELISSA C. RODRIGUEZ<br><br>Case No. 24-cv-2107 (ER) (SLC) |

   PLEASE TAKE NOTICE that Melissa C. Rodriguez of the law firm of Morgan, Lewis & Bockius LLP, hereby enters an appearance on behalf of Defendant adMarketplace in the above-captioned matter and requests that all Notices of Electronic Filing and other papers required to be served in this action be served upon the undersigned at the following address: melissa.rodriguez@morganlewis.com.  I certify that I am admitted to practice in this court.

Dated:  April 24, 2024
           New York, New York

                                                  Respectfully Submitted,

                                                  */s/ Melissa C. Rodriguez*
                                                  Melissa C. Rodriguez
                                                  101 Park Avenue
                                                  New York, NY 10178
                                                  Tel: 212.309.6000
                                                  Fax: 212.309.6001
                                                  Email: melissa.rodriguez@morganlewis.com