**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ATTORNEY(S) PHILLIPS & ASSOCIATES
45 BROADWAY STE 430 NEW YORK, NY 10006 | PH: (212) 248-7431

14.8 * O
Index Number: 1:24-CV-02107-ER
Date Filed: 03/21/2024

ALEXANDRA NOH

Plaintiff

VS

ADMARKETPLACE, INC., AND EUGENE KILBERG INDIVIDUALLY

Defendant

### AFFIRMATION OF SERVICE

**DANIEL KNIGHT**, the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **4/18/2024**, at **3:00 PM** at **144 THE PROMENADE, EDGEWATER, NJ 07020**, Deponent served the within **Summons in a Civil Action and Complaint**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **EUGENE KILBERG AKA YEVGENIY SEREZHENKOV**, Defendant therein named, (hereinafter referred to as "subject").

By delivering thereat a true copy of each to **MILAGROS RODRIGUEZ (Authorized Agent)**, **a person of suitable age and discretion**.
Said premises is subject's **dwelling house (usual place of abode)** within the state. A description of **MILAGROS RODRIGUEZ** is as follows:

**Sex**: Female   **Color of skin**: Brown   **Color of hair:** Brown   **Age**: 46
**Height**: 5ft4in-5ft8in   **Weight**: Over 200 Lbs.   **Other**:

In addition, Spoke to Mr Kilberg by phone, who instructed me to leave papers with security/ concierge

On **April 18, 2024**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

I affirm on this day_____April 18, 2024_____, under the penalties of perjury under the law of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_DANIEL KNIGHT_ (signature)
DANIEL KNIGHT
Lic #
JobID     2421635

Client's File No.: