IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA NOH,<br><br>Plaintiff,<br><br>-against-<br><br>ADMARKETPLACE, INC., and EUGENE KILBERG,<br><br>Defendants. | RULE 7.1 CORPORATE DISCLOSURE STATEMENT<br><br>Case No. 24-cv-2107 (ER) (SLC) |

adMarketplace, Inc. through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1, hereby states adMarketplace, Inc. is a Delaware Corporation qualified to do business in New York State.  adMarketplace, Inc. has no parent company and no publicly held corporation owns more than 10% of adMarketplace, Inc.'s stock.

Dated:  April 24, 2024

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By:  */s/ Melissa C. Rodriguez*
Melissa C. Rodriguez
101 Park Avenue
New York, NY 10178
Tel: 212.309.6000
Fax: 212.309.6001
Email: melissa.rodriguez@morganlewis.com