UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ALEXANDRA NOH,

                                Plaintiff,

-against-

ADMARKETPLACE, INC., and EUGENE KILBERG,

                                Defendants.
-------------------------------------------------------------------X

Case No.: 1:24-cv-2107 (ER) (SLC)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for Defendant Eugene Kilberg in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Southern District of New York.

Dated: Jamaica, New York
       May 9, 2024

Respectfully submitted,

**SAGE LEGAL LLC**

By:  */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*Eugene Kilberg*

**VIA ECF**
Phillips & Associates, Attorneys at Law, PLLC
Attn: Melissa Vo, Esq.
45 Broadway, Suite 430
New York, NY 10006-3007
mvo@tpglaws.com

*Attorneys for Plaintiff*
*Alexandra Noh*

2

**VIA ECF**
Morgan, Lewis & Bockius LLP
Attn: Melissa C. Rodriguez, Esq.
101 Park Avenue
New York, NY 10178-0060
melissa.rodriguez@morganlewis.com

*Attorneys for Defendant*
*adMarketplace, Inc.*
*Big Apple Institute Inc.*
*and Bronislav Leydiker*