IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA NOH,<br><br>                                Plaintiff,<br><br>        -against-<br><br>ADMARKETPLACE, INC., and EUGENE KILBERG,<br><br>                                Defendants. | NOTICE OF APPEARANCE<br><u>OF MARIA FERNANDA DECASTRO</u><br><br>Case No. 24-cv-2107 (ER) (SLC) |

    PLEASE TAKE NOTICE that Maria Fernanda DeCastro of the law firm of Morgan, Lewis & Bockius LLP, hereby enters an appearance on behalf of Defendant adMarketplace in the above-captioned matter and requests that all Notices of Electronic Filing and other papers required to be served in this action be served upon the undersigned at the following address: maria.decastro@morganlewis.com.  I certify that I am admitted to practice in this court.

Dated:  June 13, 2024
         New York, New York

                                        Respectfully Submitted,

                                        <u>/s/ Maria Fernanda DeCastro         </u>
                                        Maria Fernanda DeCastro
                                        101 Park Avenue
                                        New York, NY 10178
                                        Tel: 212.309.6000
                                        Fax: 212.309.6001
                                        Email: maria.decastro@morganlewis.com