# PHILLIPS & ASSOCIATES

*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

June 25, 2024

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      **RE:** **Noh v. AdMarketplace, et. al.**
            Docket No.   1:24-cv-02107 (ER)

Your Honor:

      This office represents Plaintiff Alexandra Noh ("Plaintiff"), in the above-referenced matter. Plaintiff writes in response to Defendant Eugene Kilberg's Letter to the Court on June 24, 2024. See Dkt. No. 22. Additionally, Plaintiff writes to correct and renew her previously filed request to adjourn the conference currently scheduled for June 27, 2024, at 10:00 AM.

      Plaintiff's counsel conferred with Corporate Defendant AdMarketplace's counsel prior to Plaintiff's previous letter request to adjourn the conference and erroneously and mistakenly excluded Individual Defendant Eugene Kilberg's counsel. Plaintiff's counsel and Mr. Kilberg's counsel conferred telephonically today, June 25, 2024, regarding the adjournment and the previously filed letter.

      Thus, we now request with the consent of opposing counsel for *both Defendants* that the conference currently scheduled for June 27, 2024 at 10:00 AM be adjourned. The adjournment is due to Plaintiff's counsel's participation in an out-of-state legal conference. Plaintiff requests the court adjourn the conference to a date convenient for the court. This is Plaintiff's second request for an adjournment.

      Respectfully submitted,

      /s/ Melissa Vo
      Melissa Vo, Esq.
      Phillips & Associates