UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA NOH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ADMARKETPLACE, INC.; EUGENE KILBERG,<br><br>　　　　　Defendants. | Case No: 24-cv-02107 (ER)<br><br>**Oral Argument Requested** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law dated July 30, 2024, and the pleadings and proceedings had herein, Defendant adMarketplace, Inc. ("adMarketplace"), by its attorneys, will move this Court, before the Honorable Edgardo Ramos, at the United States District Court, Southern District of New York, 40 Foley Square, New York 10007, on a date and at a time to be set by the Court, for an order dismissing the Complaint pursuant to Rule 12(b)(6) Federal Rules of Civil Procedure.

Dated:  July 30, 2024

　　　　　　　　　　　　　　　　　　**MORGAN, LEWIS & BOCKIUS LLP**

　　　　　　　　　　　　　　　　　　*/s/ Melissa C. Rodriguez*
　　　　　　　　　　　　　　　　　　Melissa C. Rodriguez
　　　　　　　　　　　　　　　　　　Maria Fernanda DeCastro
　　　　　　　　　　　　　　　　　　101 Park Avenue
　　　　　　　　　　　　　　　　　　New York, New York 10178
　　　　　　　　　　　　　　　　　　Tel.:  (212) 309-6000
　　　　　　　　　　　　　　　　　　Fax:  (212) 309-6001

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant adMarketplace*