**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
**ALEXANDRA NOH,**

                                **Plaintiff,**

    -against-

**ADMARKETPLACE, INC., and EUGENE KILBERG,**

                             **Defendants.**
------------------------------------------------------------------------X

Case No.: 1:24-cv-2107 (ER) (SLC)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE,** that upon the accompanying Memorandum of Law submitted herewith, Defendant Eugene Kilberg will move this Court before the Hon. Edgardo Ramos, U.S.D.J., at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 20C, New York, NY 10007-1312, for an Order pursuant to Rule 12(b)(b) of the Federal Rules of Civil Procedure dismissing all causes of action against Defendant Eugene Kilberg with prejudice for failure to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE,** that pursuant to this Court's minute entry dated July 9, 2024, opposition papers must be served by August 20, 2024, and reply papers must be served by August 27, 2024.

Dated: Jamaica, New York
       July 30, 2024

Respectfully submitted,
**SAGE LEGAL LLC**
By: */s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*Eugene Kilberg*

**VIA ECF**
Phillips & Associates
<u>Attn</u>: Melissa Vo, Esq.
45 Broadway, Suite 430
New York, NY 10006
T: (212) 248-7431
F: (212) 901 - 2107
mvo@tpglaws.com

*Attorneys for Plaintiff*
*Alexandra Noh*

**VIA ECF**
Morgan Lewis & Brockius LLP
<u>Attn</u>: Maria Fernanda DeCastro
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6000
Fax: (212) 309-6001
maria.decastro@morganlewis.com

*Attorneys for Defendant*
*adMarketplace Inc.*