UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X  Case No.: 24-cv-02107 (ER)
ALEXANDRA NOH,

                                             Plaintiff,                    **DECLARATION OF**
                                                                           **MELISSA VO, ESQ.**

     -against-


ADMARKETPLACE, INC., and EUGENE KILBERG
*individually*,
                            Defendant.
---------------------------------------------------------------------X

    **MLISSA VO, ESQ.,** declares, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. I am a member of the Bar of this Court and an attorney at the firm of PHILLIPS & ASSOCIATES, Attorneys at Law, PLLC, attorneys for Plaintiff, in the above-captioned action. As such, I am familiar with all of the facts and circumstances in this action.

2. I submit this declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss.

3. Annexed hereto is "Exhibit A", a true and correct copy of the EEOC Charge and Narrative filed by Plaintiff on June 22, 2022.

    **WHEREFORE**, it is respectfully requested that DEFENDANT's motion be denied in its entirety along with such other further relief as the Court deems just and proper.

Dated: August 20, 2024
       New York, NY

        Respectfully Submitted,

        **PHILLIPS & ASSOCIATES, PLLC**


By:          /s/           
        Melissa Vo, Esq.
        *Attorneys for Plaintiff*
        45 Broadway, Suite 430
        New York, New York 10006
        (212) 248-7431
        Mvo@tpglaws.com