# Morgan Lewis

**MEMO ENDORSED**

> The requests are granted. The conference currently scheduled for April 24, 2025 is adjourned, and the discovery and response deadlines stayed, pending mediation. The parties are directed to submit a joint status update within seven days of the conclusion of mediation.
>
> SO ORDERED.
>
> _/s/ Edgardo Ramos_
> Edgardo Ramos, U.S.D.J.
> Dated: April 17, 2025
> New York, New York

**Melissa C. Rodriguez**
+1.212.309.6394
melissa.rodriguez@morganlewis.com

April 17, 2025

**VIA ECF**

Hon. Edgardo Ramos
United States District Judge
United States District Court for the Southern District of New York
New York, NY 10007

Re:   *Noh v. AdMarketplace, et. al.*, No. 1:24-cv-02107 (ER)

Your Honor:

We represent Defendant adMarketplace, Inc. ("adMarketplace" or the "Company"), in the above-referenced action. Pursuant to Your Honor's Individual Rules and Practices and in light of the Order of Automatic Referral to Mediation (Dkt. No. 36), we write jointly with Plaintiff Alexandra Noh ("Plaintiff") and Defendant Eugene Kilberg ("Mr. Kilberg") (collectively, the "Parties") to respectfully request that the Court: (1) adjourn the Initial Pretrial Conference scheduled for April 24, 2025 at 11:00am; and (2) stay all other deadlines, including the April 17 deadline to submit a proposed Case Management Plan, the April 18 deadline to serve Fed. R. Civ. P. 26(a) Initial Disclosures and the May 5 deadline for adMarketplace's response to Mr. Kilberg's cross-claims. The Parties respectfully submit that this adjournment and stay will serve to preserve the Parties' resources that may be better spent preparing for the mediation and on a potential global resolution, which is consistent with Rule 1 of the Federal Rules of Civil Procedure (hereinafter referred to as "Rules" or "Rule"). See Fed. R. Civ. P. 1 (providing that the Rules must be construed by the parties and the Court to secure the just, speedy, *and inexpensive* determination of every action and proceeding) (emphasis added). The Parties further propose to submit a joint status letter within seven days of the mediation, advising the Court as to the result of the mediation and submitting a proposed Case Management Plan should mediation fail.

This is the Parties' first request for an adjournment or stay of the Initial Pretrial Conference and related discovery deadlines and of adMarketplace's responsive pleading in response to Mr. Kilberg's cross-claims.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ *Melissa C. Rodriguez*

Melissa C. Rodriguez
C: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY  10178-0060     T +1.212.309.6000
United States                F +1.212.309.6001