UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA NOH,<br><br>    Plaintiff,<br><br>    v.<br><br>ADMARKETPLACE, INC., and EUGENE KILBERG, *individually*,<br><br>    Defendants. | Case No.: 1:24-cv-2107 (ER) |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Pursuant to Local Civil Rule 1.4(b), attorneys Melissa C. Rodriguez and Maria F. DeCastro of Morgan, Lewis and Bockius, LLP, respectfully move this Court for leave to withdraw as counsel of record for Defendant adMarketplace, Inc., ("Defendant" or "adMarketplace") and to substitute Eliza L. Loyd of Fisher & Phillips LLP as counsel of record in this matter. In support of this motion, the undersigned states as follows:

1. Melissa C. Rodriguez and Maria F. DeCastro, of the law firm Morgan, Lewis and Bockius, LLP, currently represent adMarketplace in this action.

2. adMarketplace has retained Eliza L. Loyd, of Fisher & Phillips LLP, located at 400 Connell Drive, Suite 400, Berkley Heights, NJ 07922, elloyd@firsherphillips.com to assume its representation in this matter.

3. A Stipulation of the Substitution of Counsel, executed by adMarketplace, the undersigned withdrawing counsel, and new counsel, is attached hereto as Exhibit A.

4. The withdrawal and substitution of counsel will not delay the proceedings or prejudice any party.

5. This motion and the attached stipulation have been served on all counsel of record.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion permitting the withdrawal and substitution of counsel.

Dated: May 16, 2025  
New York, New York

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Melissa C. Rodriguez*  
Melissa C. Rodriguez  
Maria Fernanda DeCastro  
101 Park Avenue  
New York, NY 10178  
Tel: (212) 309-6000  
Fax:(212) 309-6001  
melissa.rodriguez@morganlewis.com  
maria.decastro@morganlewis.com

*Attorneys for Defendant adMarketplace, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2025, I served a copy of the foregoing document via electronic mail to:

Phillips & Associates PLLC.
Melissa Vo
45 Broadway, Suite 430
New York, New York 10006
Tel: (212) 248-7431
mvo@tpglaws.com
*Attorneys for Plaintiff*


SAGE LEGAL LLC
Emanuel Kataev
18211 Jamaica Avenue
Jamaica, NY 114232327
Tel: (718) 412-2421
emanuel@sagelegal.nyc
*Attorneys for Defendant Kilberg*


          */s/ Melissa C. Rodriguez*
          Melissa C. Rodriguez