# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA NOH,<br><br>Plaintiff,<br><br>v.<br><br>ADMARKETPLACE, INC., and EUGENE KILBERG, *individually*,<br><br>Defendants. | Case No.: 1:24-cv-2107 (ER)<br><br>**SUBSTITUTION OF ATTORNEY** |

**IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned that the attorneys of record for Defendant adMarketplace, Inc. be changed, and that Morgan, Lewis & Bockius LLP shall no longer be attorneys of record for Defendant adMarketplace, Inc. in this action and Fisher & Phillips LLP shall be substituted as attorneys for Defendant adMarketplace, Inc., as new counsel.

Dated:  New York, New York
        May 9, 2025

**MORGAN, LEWIS & BOCKIUS LLP**

By: *Melissa Rodriguez* (Signed by DocuSign: 24DA6CF30B8142D...)
Melissa C. Rodriguez
Maria Fernanda DeCastro
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6000
melissa.rodriguez@morganlewis.com
maria.decastro@morganlewis.com

*Retiring Attorneys for*
*Defendant adMarketplace, Inc.*

**FISHER & PHILLIPS LLP**

By: *David B. Lichtenberg*
David B. Lichtenberg, Esq.
400 Connell Drive, Suite 4000
Berkeley Heights, NJ  07922
Tel:  (908) 516-1050
dlichtenberg@fisherphillips.com

******
Time Square Tower
7 Times Square, Suite 4300
New York, NY 10036
Tel:  (212) 899-9960

*Attorneys for Defendant*

FP 54799340.1

**Acknowledged by**
**ADMARKETPLACE, INC.**

By: _____
    General Counsel

2

FP 54799340.1