UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA NOH,<br><br>                Plaintiff,<br>v.<br><br>ADMARKETPLACE, INC., and<br>EUGENE KILBERG, *individually*,<br><br>                Defendants. | Civil Action No. 1:24-cv-2107 (ER)<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF ELIZA L. LLOYD, ESQ.** |

    Pursuant to Local Civil Rule 1.3(i)-(k) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, David B. Lichtenberg, Esq. of Fisher & Phillips LLP, counsel for Defendant adMarketplace, Inc. ("Defendant"), and a member in good standing of the Bar of the United States District Court for the Southern District of New York, respectfully moves before this Court to request the entry of an Order admitting attorney Eliza L. Lloyd, Esq. of Fisher & Phillips LLP, to appear and practice before this Court on a *pro hac vice* basis in the above-captioned action.

    In support of this motion, the undersigned shall rely on the Certification of David B. Lichtenberg, Esq. and Affidavit of Eliza L. Lloyd, Esq. pursuant to Local Civil Rule 1.3(i)-(k). A proposed Order is also submitted for the Court's consideration.

Dated: New York, New York
        July 11, 2025

Respectfully submitted,

*/s/ David B. Lichtenberg*
_____
David B. Lichtenberg, Esq.
**FISHER & PHILLIPS, LLP**
400 Connell Drive, Suite 4000
Berkeley Heights, NJ 07922
               ***

Times Square Tower
7 Times Square, Suite 4300
New York, New York 10036
Phone: (908) 516-1050
Fax: (908) 516-1051
E-mail: dlichtenberg@fisherphillips.com
Attorneys for adMarketplace, Inc.