**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALEXANDRA NOH, <br><br> Plaintiff, <br><br> v. <br><br> ADMARKETPLACE, INC., and EUGENE KILBERG, *individually*, <br><br> Defendants. | Civil Action No. 1:24-cv-2107 (ER) <br><br> **CERTIFICATION OF DAVID B. LICHTENBERG, ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF ELIZA L. LLOYD, ESQ.** |

David B. Lichtenberg, Esq., of full age, certifies as follows:

1. I am an attorney at law of the States of New Jersey and New York and a Partner with the law firm of Fisher & Phillips LLP, counsel for Defendant adMarketplace, Inc. ("Defendant").

2. I am a member in good standing of the Bars of the State of New Jersey and State of New York, as well as the United States District Court for the Southern District of New York (among others).

3. I submit this Certification in support of Defendant's Motion for Admission of Eliza L. Lloyd to appear *pro hac vice* as counsel for Defendant in the above-captioned matter.

4. Ms. Lloyd has assisted me in the representation of Defendant in connection with the claims asserted in the above-captioned matter. At this time, it is in the best interests of the Defendant for Ms. Lloyd to appear on its behalf, as co-counsel of record, given Ms. Lloyd's familiarity with this matter.

5. Ms. Lloyd will, at all times, be associated with the undersigned counsel upon whom all process, notices, and other papers may be served and whose attendance at any proceeding may

be required by the Court. In addition, Ms. Lloyd will, upon admission *pro hac vice*, register as a participant with the Court's CM/ECF system.

6. Ms. Lloyd's private and personal character is good, and she is a member in good standing of the Bar of the State of New Jersey as set forth in her attached Affidavit in support of motion for Admission *pro hac vice*.

7. There are no disciplinary proceedings against me or Eliza L. Lloyd in any state or federal court.

8. On behalf of Eliza L. Lloyd, Esq., I respectfully request that the Court grant this motion to have Eliza L. Lloyd admitted *pro hac vice* to appear and participate in this matter pursuant to Local Civil Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: New York, New York
       July 11, 2025

_____
David B. Lichtenberg, Esq.
**FISHER & PHILLIPS LLP**