## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA NOH, <br><br> Plaintiff, <br><br> v. <br><br> ADMARKETPLACE, INC., and <br> EUGENE KILBERG, *individually*, <br><br> Defendants. | Civil Action No. 1:24-cv-2107 (ER) <br><br> **AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF ELIZA L. LLOYD, ESQ.** |

I, Eliza L. Lloyd, Esq., being duly sworn, hereby deposes and says as follows:

1. I submit this Affidavit in support of David B. Lichtenberg's motion for my admission to this Court *pro hac vice*.

2. I am a Partner with the law firm of Fisher & Phillips LLP.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of New Jersey. I am also a member in good standing of the Bar of the United States District Court for the District of New Jersey.

4. I have never been convicted of a felony.

5. I have never been held in contempt of court, nor have I been censured on a disciplinary proceeding, suspended or disbarred or denied admission by any court or admonished by any disciplinary committee of the organized bar, nor am I the subject of any pending complaint or disciplinary proceeding before any court.

6. My attorney registration number for the Court of the State of New Jersey is 111352014.

7.   For purposes of this proceeding, I will work with Partner, David B. Lichtenberg, Esq., of Fisher & Phillips LLP, who has appeared in this matter and who will continue to act as lead counsel of record in this matter. Mr. Lichtenberg maintains an office in the New York area and is a member of the Bar of this Court upon whom all pleadings, motions, notices, and other papers can be served conformably to the Federal Rules of Civil Procedure and the rules of this Court.

8.   Wherefore, your affiant respectfully submits that she be permitted to appear as counsel and advocate *po hac vice* in the above-captioned matter on behalf of Defendant adMarketplace, Inc.

Dated: New York, New York
       July 11, 2025

Respectfully submitted,

**FISHER & PHILLIPS LLP**

By: _____
Eliza L. Lloyd, Esq.
400 Connell Drive, Suite 4000
Berkeley Heights, NJ 07922
P: (908) 516-1082
F. (908) 516-1051
Email: elloyd@fisherphillips.com
*Attorneys for Defendant adMarketplace, Inc.*

Subscribed, sworn and acknowledged before me
this __11th__ day of July 2025

_____
**NOTARY PUBLIC**

JANICE MARTINO
Notary Public
New Jersey
My Commission Expires July 25, 2026

FP 54827830.1