## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA NOH,<br><br>               Plaintiff,<br>v.<br><br>ADMARKETPLACE, INC., and<br>EUGENE KILBERG, *individually*,<br><br>               Defendants. | Civil Action No. 1:24-cv-2107 (ER)<br><br>**ORDER FOR ADMISSION**<br>*PRO HAC VICE* **OF**<br>**ELIZA L. LLOYD, ESQ.** |

**THIS MATTER** having been brought before this Court by David B. Lichtenberg, Esq., counsel for Defendant adMarketplace, Inc. ("Defendant") for an Order granting Eliza L. Lloyd, Esq.'s request for admission *pro hac vice* to appear and practice before this Court for all purposes as counsel for Defendant in the above-captioned matter; and the Court having considered the moving papers; and this matter being considered pursuant to Local Civil Rule 1.3, and for good cause shown;

**IT IS** on this _____ day of July, 2025,

**ORDERED** that Applicant, Eliza L. Lloyd, Esq. has declared that she is a member in good standing of the Bar of the State of New Jersey; and that her contact information is as follows:

Eliza L. Lloyd, Esq.
**FISHER & PHILLIPS LLP**
400 Connell Drive, Suite 4000
Berkeley Heights, NJ  07922
Tel.: (908) 516-1082
Fax: (908) 516-1051
Email: elloyd@fisherphillips.com; and

**IT IS FURTHER ORDERED** that Applicant, Eliza L. Lloyd, Esq., is admitted to practice *Pro Hac Vice* and may appear for all purposes as counsel for Defendant in the above captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: July _____, 2025

_____
Honorable Edgardo Ramos
United States District Judge

FP 54827796.1