# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA NOH,<br><br>    Plaintiff,<br><br>    v.<br><br>ADMARKETPLACE, INC., and<br>EUGENE KILBERG, *individually*,<br><br>    Defendants. | Civil Action No. 1:24-cv-2107 (ER)<br><br>**CERTIFICATE OF SERVICE** |

    I, David B. Lichtenberg, hereby certify that on July 11, 2025, I caused to be filed the foregoing Notice of Motion for *Pro Hac Vice* Admission of Eliza L. Lloyd, Esq., Certification of David B. Lichtenberg, Esq., Affidavit of Eliza L. Lloyd, Esq., Proposed Form of Order, and this Certification of Service with the Clerk of the Court using the Court's CM/ECF filing system, which will serve a copy of such filing upon the following:

Phillips & Associates PLLC.
Melissa Vo, Esq.
45 Broadway, Suite 430
New York, New York 10006
Tel: (212) 248-7431
mvo@tpglaws.com
*Attorneys for Plaintiff*


SAGE LEGAL LLC
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 114232327
Tel: (718) 412-2421
emanuel@sagelegal.nyc
*Attorneys for Defendant Eugene Kilberg*

FP 54827498.1

                                        */s/ David B. Lichtenberg*
                                  _____
                                  David B. Lichtenberg, Esq.
                                  **FISHER & PHILLIPS, LLP**
                                  400 Connell Drive, Suite 4000
                                  Berkeley Heights, NJ  07922
                                               ***

                                  Times Square Tower
                                  7 Times Square, Suite 4300
                                  New York, New York 10036
                                  Phone: (908) 516-1050
                                  Fax: (908) 516-1051
                                  E-mail: dlichtenberg@fisherphillips.com

                                  *Attorneys for Defendant adMarketplace*

FP 54827498.1