UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA NOH,<br><br>       Plaintiff,<br><br>    -v-<br><br>ADMARKETPLACE, INC., and<br>EUGENE KILBERG, *individually*,<br><br>       Defendants. | Civil Action No. 1:24-cv-2107 (ER)<br><br>NOTICE OF *PRO HAC VICE*<br>APPEARANCE OF<br>ELIZA L. LLOYD, ESQ. |

  Pursuant to the Court's Order dated August 6, 2025, granting Defendant's Motion for Eliza L. Lloyd to Appear *Pro Hac Vice*, Eliza L. Lloyd, Esq., of Fisher & Phillips LLP, has been admitted to practice *Pro Hac Vice* and has been permitted to appear for all purposes as counsel for Defendant adMarketplace, Inc. in the above-captioned matter. As a result, Ms. Lloyd, a member of the bar of the State of New Jersey, hereby files this Notice of Appearance as counsel *pro hac vice* for Defendant adMarketplace, Inc.

  All notices and papers that are given or required to be served in this case shall please be given to and served upon:

    Eliza L. Lloyd, Esq.
    FISHER & PHILLIPS LLP
    400 Connell Drive, Suite 4000
    Berkeley Heights, New Jersey 07922
    Telephone: (908) 516-1050
    Facsimile: (908) 516-1051
    elloyd@fisherphillips.com

    7 Times Square, Suite 4300
    New York, New York 10036

Please be advised that David B. Lichtenberg, Esq., of Fisher & Phillips LLP, remains lead counsel and designated trial counsel in this matter.

Dated: August 8, 2025

                                                      FISHER & PHILLIPS LLP

By: *(signature)*
**ELIZA L. LLOYD, ESQ.** *(Pro Hac Vice)*
*Attorneys for Defendant*
*adMarketplace, Inc.*

FP 56138414.1