

*Attorneys at Law*
45 B<small>ROADWAY</small>, FLOOR 28, N<small>EW</small> Y<small>ORK</small>, N<small>EW</small> Y<small>ORK</small>  10006
T<small>EL</small>: (212) 248-7431 F<small>AX</small>: (212) 901-2107
<small>WWW.NYCEMPLOYMENTATTORNEY.COM</small>
<small>A PROFESSIONAL LIMITED LIABILITY COMPANY</small>

January 12, 2026

**VIA ECF**
The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      **RE:**   **Noh v. AdMarketplace, et. al.**
              Docket No. 1:24-cv-02107 (ER)

Your Honor:

      Plaintiff and the Corporate Defendant respectfully submit this joint status letter to advise the Court regarding the status of the settlement that was previously reported.

      The parties reached a settlement in principle months ago. Since that time, Plaintiff and the Corporate Defendant have diligently reviewed and finalized the written settlement documents. Both are prepared to execute immediately and have repeatedly communicated this readiness.

      Unfortunately, despite that sustained effort, completion of the settlement has been repeatedly delayed by the Individual Defendant. Counsel for the Individual Defendant has acknowledged on multiple occasions that he was working toward completion, that revisions were "ready to go," that meetings with his client were imminent, or that final execution would occur shortly. However, these assurances have not resulted in progress and no execution has occurred. Plaintiff and the Corporate Defendant have sent numerous follow up communications beginning on December 3, 2025 and continuing through December 22, 2025. Counsel for the Individual Defendant has continued to cite workload conflicts, lack of client communication, or other personal scheduling issues, while refusing to provide a firm date for completion.

      At this point, the settlement has been pending for months, and the Individual Defendant has not identified any substantive disagreement with the settlement terms. Instead, the delay appears to be solely the result of the Individual Defendant's failure to prioritize and complete his obligations. Plaintiff and the Corporate Defendant have been more than patient, but they cannot allow this case to remain unresolved indefinitely.

      Accordingly, Plaintiff and the Corporate Defendant respectfully request that the Court set a firm deadline by which the Individual Defendant must execute the settlement agreement or require an in-person appearance of the Individual Defendant and counsel for the Parties so that the Individual Defendant will execute the Agreement.  Plaintiff alternatively requests that the Court

restore this matter to the Court's active calendar so that litigation may resume if the Individual Defendant is unwilling or unable to finalize the settlement.

Plaintiff and the Corporate Defendant remain prepared to execute the agreement immediately.

Thank you for the Court's attention to this matter.

Respectfully submitted,

_____
Melissa Vo, Esq.
Phillips & Associates