# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

January 16, 2026

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Edgardo Ramos, U.S.D.J.
40 Foley Square
Courtroom 619
New York, NY 10007

      *Re:*    Noh v. adMarketplace, Inc., *et ano.*
               Case No.: 1:24-cv-2107 (ER) (SLC)
               <u>Letter Response in Opposition to Motion to Reopen Case</u>

Dear Judge Ramos:

       This office represents Defendant Eugene Kilberg ("Kilberg") in the above-referenced case. Kilberg writes to respectfully oppose Plaintiff Alexandra Noh's ("Plaintiff") and adMarketplace, Inc. ("adMarketplace") motion to reopen this case. For the reasons that follow, an adjournment must be denied.

       First, Plaintiff's motion is woefully untimely. On September 26, 2025, this Court issued an Opinion and Order providing that this case is discontinued subject to reopening should the settlement not be consummated within thirty (30) days hereof. <u>See</u> ECF Docket Entry 45. This Court specifically provided in the foregoing Order that any application to reopen filed after October 27, 2025 (30 days later, plus one day because it falls on Sunday), may be denied solely on that basis. <u>See</u> <u>PDK Commercial Photographers, Ltd. v. Eagle Transfer Corp.</u>, Case No.: 1:20-cv-55 (LJL) (DCF), ECF Docket Entry <u>36</u>v.

       In this case, adMarketplace first exchanged a draft agreement with the parties on October 8, 2025. Later, on October 24, 2025, adMarketplace exchanged an additional agreement for Kilberg for the first time. Your undersigned was in the midst of trial preparation for a trial conducted before the Hon. Philip M. Halpern, U.S.D.J. on October 27, 2025 and October 28, 2025 at that time. On October 27, 2025, Plaintiff first provided revisions to the original agreement exchanged on October 8, 2025. Notably, this was the same day the parties were ordered to reopen the case in the event settlement was not consummated. adMarketplace and Plaintiff then exchanged emails for the next month concerning the initial agreement. Meanwhile, after following up with Kilberg, your undersigned first received feedback from him on December 1, 2025. However, adMarketplace and Plaintiff exchanged further revised drafts on December 3, 2025.

       Your undersigned met with Kilberg on December 4, 2025 – the day after the most recent draft was circulated – to review the agreement after this most recent draft. However, despite follow up, Kilberg has not authorized me to send those revisions pending his further review (which he requested I wait to send out until he has a further opportunity to review). My office maintains contact with him and has followed up again today to receive authorization to send revisions.

      For the foregoing reasons, Kilberg respectfully requests that this Court deny Plaintiff's joint letter motion to reopen the case. To the extent this Court is inclined to grant the motion notwithstanding its untimeliness as is evidenced by Plaintiff's and adMarketplace's own dilatory conduct, Kilberg respectfully requests until Friday, January 23, 2026 to finalize the settlement.

      Kilberg thanks this honorable Court for its time and attention to this case.

Dated:  Jamaica, New York
        January 16, 2026              Respectfully submitted,

                                                       **SAGE LEGAL LLC**

                                                        _/s/ Emanuel Kataev, Esq._
                                                        Emanuel Kataev, Esq.
                                                        18211 Jamaica Avenue
                                                        Jamaica, NY 11423-2327
                                                        (718) 412-2421 (office)
                                                        (917) 807-7819 (cellular)
                                                        (718) 489-4155 (facsimile)
                                                        emanuel@sagelegal.nyc

                                                        _Attorneys for Defendant_
                                                        _Eugene Kilberg_

**VIA ECF**
Phillips & Associates, Attorneys at Law, PLLC
<u>Attn</u>: Melissa Vo, Esq.
45 Broadway, Suite 430
New York, NY 10006-3007
mvo@tpglaws.com

_Attorneys for Plaintiff_
_Alexandra Noh_

**VIA ECF**
Morgan, Lewis & Bockius LLP
<u>Attn</u>: Melissa C. Rodriguez, Esq.
101 Park Avenue
New York, NY 10178-0060
melissa.rodriguez@morganlewis.com

_Attorneys for Defendant_
_adMarketplace, Inc._