# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

January 26, 2026

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Edgardo Ramos, U.S.D.J.
40 Foley Square, Courtroom 619
New York, NY 10007-1312

   *Re:*  **Noh v. adMarketplace, Inc.,** *et ano.*
      **Case No.: 1:24-cv-2107 (ER) (SLC)**
      <u>**Status Letter**</u>

Dear Judge Ramos:

  This office represents Defendant Eugene Kilberg ("Kilberg") in the above-referenced case. Kilberg writes in accordance with this Court's Order dated January 20, 2026 to file a status update. <u>See</u> ECF Docket Entry 49.

  On January 17, 2026, your undersigned sent revisions to the parties' agreement with Plaintiff Alexandra Noh ("Plaintiff") to Defendant adMarketplace, Inc. ("adMarketplace"). On January 21, 2026, adMarketplace confirmed receipt. At 3:16 PM today, during a deposition which is still ongoing, your undersigned received a further revised draft back from adMarketplace.

  Further, your undersigned met with Kilberg on January 20, 2026 at 5:00 PM for approximately one (1) hour to review the separate agreement between Defendants adMarketplace and Kilberg with a request for approval to submit to adMarketplace. Kilberg sent your undersigned further revisions that day and the following day. On January 21, 2026, your undersigned sent Kilberg a further revised agreement with a request for approval to submit to adMarketplace. In the late evening on January 22, 2026, your undersigned received a further request for revisions from Kilberg.

  However, due to court ordered depositions in the matter of <u>Superb Motors Inc, *et al.* v. Deo, *et al.*</u>, your undersigned has not been able to make further revisions. <u>See</u> Case No.: 2:23-cv-6188 (JMW), ECF Docket Entry 363 and Text Only Order dated December 19, 2025 (" the Court adopts the deposition schedule proposed at ECF No. 363. These deposition dates are final and shall not be changed without leave from the Court").

  In light of the heavy deposition schedule this week, with an all-day mediation on Wednesday, your undersigned will need at least two (2) weeks to finalize a settlement in this case.

  Kilberg thanks this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
       January 26, 2026    Respectfully submitted,

**SAGE LEGAL LLC**

 /s/ Emanuel Kataev, Esq.
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant*
*Eugene Kilberg*

**VIA ECF**
Phillips & Associates, Attorneys at Law, PLLC
<u>Attn</u>: Melissa Vo, Esq.
45 Broadway, Suite 430
New York, NY 10006-3007
mvo@tpglaws.com

*Attorneys for Plaintiff*
*Alexandra Noh*

**VIA ECF**
Morgan, Lewis & Bockius LLP
<u>Attn</u>: Melissa C. Rodriguez, Esq.
101 Park Avenue
New York, NY 10178-0060
melissa.rodriguez@morganlewis.com

*Attorneys for Defendant*
*adMarketplace, Inc.*