# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

February 11, 2026

<u>**VIA ECF**</u>
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Edgardo Ramos, U.S.D.J.
40 Foley Square, Courtroom 619
New York, NY 10007-1312

> ***Re:***     **Noh v. adMarketplace, Inc.,** *et ano.*
>          **Case No.: 1:24-cv-2107 (ER) (SLC)**
>          <u>**Status Letter**</u>

Dear Judge Ramos:

       This office represents Defendant Eugene Kilberg ("Kilberg") in the above-referenced case. Kilberg writes in accordance with this Court's Order dated January 20, 2026 to file a status update. <u>See</u> ECF Docket Entry 51.

       On January 26, 2026, Defendant adMarketplace, Inc. ("adMarketplace") sent back a further revised settlement agreement, which has been forwarded by your undersigned to Kilberg. Thereafter, your undersigned revised the separate agreement between adMarketplace and Kilberg and sent it to Kilberg for review and approval to submit to adMarketplace. Regrettably, due to the earlier mentioned deposition schedule as well as deadlines and appearances in other matters, Kilberg needs additional time to finalize a settlement in this case.

       Kilberg thanks this honorable Court for its time and attention to this case, and your undersigned apologizes for not timely submitting this status report.

Dated: Jamaica, New York
       February 11, 2026             Respectfully submitted,

                                         **SAGE LEGAL LLC**

                                         * /s/ Emanuel Kataev, Esq.   *
                                         Emanuel Kataev, Esq.
                                         18211 Jamaica Avenue
                                         Jamaica, NY 11423-2327
                                         (718) 412-2421 (office)
                                         (917) 807-7819 (cellular)
                                         (718) 489-4155 (facsimile)
                                         emanuel@sagelegal.nyc

                                         *Attorneys for Defendant*
                                         *Eugene Kilberg*

**<u>VIA ECF</u>**
Phillips & Associates, Attorneys at Law, PLLC
<u>Attn</u>: Melissa Vo, Esq.
45 Broadway, Suite 430
New York, NY 10006-3007
mvo@tpglaws.com

*Attorneys for Plaintiff*
*Alexandra Noh*

**<u>VIA ECF</u>**
Morgan, Lewis & Bockius LLP
<u>Attn</u>: Melissa C. Rodriguez, Esq.
101 Park Avenue
New York, NY 10178-0060
melissa.rodriguez@morganlewis.com

*Attorneys for Defendant*
*adMarketplace, Inc.*