# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

February 26, 2026

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Edgardo Ramos, U.S.D.J.
40 Foley Square, Courtroom 619
New York, NY 10007-1312

**MEMO ENDORSED**
at page 2

   *Re:* **Noh v. adMarketplace, Inc.,** *et ano.*
      **Case No.: 1:24-cv-2107 (ER) (SLC)**
      <u>**Status Update**</u>

Dear Judge Ramos:

  This office represents Defendant Eugene Kilberg ("Kilberg") in the above-referenced case. Kilberg writes in accordance with this Court's Order dated February 12, 2026 to file a status update. <u>See</u> ECF Docket Entry 53.

  As previously reported, your undersigned revised the separate agreement between adMarketplace and Kilberg and sent it to Kilberg for review and approval to submit to adMarketplace. Your undersigned was advised by Kilberg on Thursday, February 12, 2026 that he would receive confirmation on whether it is approved for submission the following day. Your undersigned did not hear from Kilberg the following day, and followed up on February 17, 2026 while on vacation that week. To date, regrettably, your undersigned has not heard back from Kilberg. In light of same, your undersigned followed up with Kilberg once more today.

  Kilberg thanks this honorable Court for its time and attention to this case.

Dated: Jamaica, New York
   February 26, 2026      Respectfully submitted,

                 **SAGE LEGAL LLC**

                  */s/ Emanuel Kataev, Esq.*
                 Emanuel Kataev, Esq.
                 18211 Jamaica Avenue
                 Jamaica, NY 11423-2327
                 (718) 412-2421 (office)
                 (917) 807-7819 (cellular)
                 (718) 489-4155 (facsimile)
                 emanuel@sagelegal.nyc

                 *Attorneys for Defendant*
                 *Eugene Kilberg*

**VIA ECF**
Phillips & Associates, Attorneys at Law, PLLC
Attn: Melissa Vo, Esq.
45 Broadway, Suite 430
New York, NY 10006-3007
mvo@tpglaws.com

*Attorneys for Plaintiff*
*Alexandra Noh*

**VIA ECF**
Morgan, Lewis & Bockius LLP
Attn: Melissa C. Rodriguez, Esq.
101 Park Avenue
New York, NY 10178-0060
melissa.rodriguez@morganlewis.com

*Attorneys for Defendant*
*adMarketplace, Inc.*

---

Kilberg is directed to file a status update by Friday, March 6, 2026.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: February 27, 2026
New York, New York