# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

March 6, 2026

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Edgardo Ramos, U.S.D.J.
40 Foley Square, Courtroom 619
New York, NY 10007-1312

   *Re:* **Noh v. adMarketplace, Inc.,** *et ano.*
     **Case No.: 1:24-cv-2107 (ER) (SLC)**
     <u>**Status Update**</u>

Dear Judge Ramos:

  This office represents Defendant Eugene Kilberg ("Kilberg") in the above-referenced case. Kilberg writes in accordance with this Court's Order dated March 2, 2026 to file a status update. <u>See</u> ECF Docket Entry 55.

  To date, regrettably, your undersigned has not heard back from Kilberg despite following up with Kilberg on March 2, 2026. Between an evidentiary hearing on Tuesday, March 3, 2026 before the Hon. Pamela K. Chen, U.S.D.J. in the matter of <u>IME WatchDog, Inc. v. Gelardi, *et al.*</u>; Case No.: 1:22-cv-1032 (PKC) (JRC) and depositions all day on Wednesday, March 4, 2026 and Thursday, March 5, 2026 in the matter of <u>Superb Motors Inc, *et al.* v. Deo, *et al.*</u>; Case No.: 2:23-cv-6188 (JMW).

  Between those engagements which took substantial time to prepare for, as well as opposition to a motion for summary judgment due yesterday in the matter of <u>Jackson v. GT Technologies, Inc.</u>; Case No.: 4:25-cv-218 (AW) (MAF) pending in the United States District Court for the Northern District of Florida, your undersigned did not have an opportunity to attempt to reach Kilberg again.

  Your undersigned previously informed Kilberg that the continued failure to respond will likely result in this Court issuing an Order to appear for a conference.[1] Notwithstanding the foregoing, your undersigned will make efforts to reach Kilberg to get the settlement the parties reached finalized.

  Kilberg thanks this honorable Court for its time and attention to this case.

---

[1] For the reasons set forth in Kilberg's letter response in opposition on January 16, 2026, this Court should not do so and mark this case disposed. <u>See</u> ECF Docket Entry 48.

Dated: Jamaica, New York
       March 6, 2026                      Respectfully submitted,

                                              **SAGE LEGAL LLC**

                                              */s/ Emanuel Kataev, Esq.*
                                              Emanuel Kataev, Esq.
                                              18211 Jamaica Avenue
                                              Jamaica, NY 11423-2327
                                              (718) 412-2421 (office)
                                              (917) 807-7819 (cellular)
                                              (718) 489-4155 (facsimile)
                                              emanuel@sagelegal.nyc

                                              *Attorneys for Defendant*
                                              *Eugene Kilberg*

**VIA ECF**
Phillips & Associates, Attorneys at Law, PLLC
<u>Attn</u>: Melissa Vo, Esq.
45 Broadway, Suite 430
New York, NY 10006-3007
mvo@tpglaws.com

*Attorneys for Plaintiff*
*Alexandra Noh*

**VIA ECF**
Morgan, Lewis & Bockius LLP
<u>Attn</u>: Melissa C. Rodriguez, Esq.
101 Park Avenue
New York, NY 10178-0060
melissa.rodriguez@morganlewis.com

*Attorneys for Defendant*
*adMarketplace, Inc.*