## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA NOH,<br><br>                    Plaintiff,<br><br>        -v-<br><br>ADMARKETPLACE, INC., and<br>EUGENE KILBERG, *individually*,<br><br>                    Defendants. | Civil Action No. 1:24-cv-2107 (ER)<br><br>**NOTICE OF APPEARANCE OF<br>JOSHUA KAUFMAN, ESQ.** |

**Joshua Kaufman, Esq.** of Fisher & Phillips, LLP, a member of the bars of the State of New York and this Court, hereby files this Notice of Appearance as counsel for Defendant adMarketplace, Inc. in the above-captioned matter. All notices and papers that are given or required to be served in this case shall please be given to and served upon:

>Joshua Kaufman, Esq.
>Fisher & Phillips LLP
>400 Connell Drive, Suite 4000
>Berkeley Heights, NJ  07922
>Telephone:  (908) 516-1039
>Facsimile:  (908) 516-1051
>Email: jkaufman@fisherphillips.com
>
>7 Times Square, Suite 4300
>New York, New York 10036

I certify that I am admitted to practice before this Court.

Please be advised that David B. Lichtenberg, Esq., of Fisher & Phillips LLP, remains lead counsel and designated trial counsel in this matter.

>**FISHER & PHILLIPS LLP**
>*Attorneys for Defendant*
>Defendant adMarketplace, Inc.
>
>By:  */s/ Joshua Kaufman*
>       **Joshua Kaufman, Esq.**

Dated:  March 6, 2026

FP 62205829.2

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2026, within the time required by the Federal Rules of Civil Procedure, Defendants' **NOTICE OF APPEARANCE** was electronically filed with the Clerk of the Court, thereby also effecting service on counsel for plaintiff.

By: */s/ Joshua Kaufman*
Joshua Kaufman, Esq.
Fisher & Phillips LLP
400 Connell Drive, Suite 4000
Berkeley Heights, NJ  07922
Telephone:  (908) 516-1039
Facsimile:  (908) 516-1051
Email:  jkaufman@fisherphillips.com

FP 62205829.2