# Sage Legal LLC

**18211 Jamaica Avenue ● Jamaica, NY 11423-2327 ● (718) 412-2421 ● emanuel@sagelegal.nyc**

March 23, 2026

**VIA ECF**
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Edgardo Ramos, U.S.D.J.
40 Foley Square, Courtroom 619
New York, NY 10007-1502

> *Re:*    **Noh v. Admarketplace, Inc., *et ano*.**
> **<u>Case No.: 1:24-cv-2107 (ER) (SLC)</u>**

Dear Judge Ramos:

This firm represents the Defendant Eugene Kilberg ("Defendant") in the above-referenced case.  The Defendant writes to respectfully request an adjournment of the conference scheduled to proceed on Wednesday, March 25, 2026 at 11:00 a.m.

Pursuant to ¶ 1(E) of this Court's Individual Practices and Procedures (the "Practices"), Defendant respectfully submits that:

> (i)      the original date is set forth above;
>
> (ii-iii)  there have been no previous requests for an adjournment of this conference, and thus no requests were granted or denied;
>
> (iv)     the reason for the instant request is that your undersigned has a conflict requiring an appearance in the Supreme Court of the State of New York, Nassau County, in the matter of <u>Urrutia v. Deo</u>, Index No.: 618608/2023 at 10:00 a.m. and a second related action before the Hon. Jerome C. Murphy, J.S.C.; and
>
> (v)      Both Plaintiff and adMarketplace do not consent, citing the need for the agreements.

By way of further update, your undersigned heard from Kilberg who explained that he was bedridden and sick for approximately two (2) weeks, resulting in delays.  Kilberg sent over proposed revisions which I have incorporated and sent back for a final review and approval.  Your undersigned also requested a virtual meeting with Kilberg to review, finalize, and submit the settlement agreement drafts to counsel.

In light of the foregoing, Defendant respectfully submits that sufficient good cause exists for this Court to exercise its discretion in favor of granting the requested extension of time. <u>See</u> Fed. R. Civ. P. 6(b)(1)(A).

Kilberg thanks this honorable Court for its time and attention to this case.

Dated:  Jamaica, New York
   March 23, 2026        Respectfully submitted,

                  **SAGE LEGAL LLC**

                  By: */s/ Emanuel Kataev, Esq.*
                  Emanuel Kataev, Esq.
                  18211 Jamaica Avenue
                  Jamaica, NY 11423-2327
                  (718) 412-2421 (office)
                  (917) 807-7819 (cellular)
                  (718) 489-4155 (facsimile)
                  emanuel@sagelegal.nyc

                  *Attorneys for Defendant*
                  *Eugene Kilberg*

2