# Sage Legal LLC

**18211 Jamaica Avenue • Jamaica, NY 11423-2327 • (718) 412-2421 • emanuel@sagelegal.nyc**

April 7, 2026

<u>**VIA ECF**</u>
United States District Court
Southern District of New York
<u>Attn</u>: Hon. Edgardo Ramos, U.S.D.J.
40 Foley Square, Courtroom 619
New York, NY 10007-1502

      *Re:*    **Noh v. Admarketplace, Inc.,** *et ano.*
               <u>**Case No.: 1:24-cv-2107 (ER) (SLC)**</u>

Dear Judge Ramos:

This firm represents the Defendant Eugene Kilberg ("Kilberg") in the above-referenced case. The Defendant writes to respectfully request an adjournment of the conference scheduled to proceed on Thursday, April 9, 2026 at 11:00 a.m., or – alternatively – to permit Kilberg to appear remotely.

Pursuant to ¶ 1(E) of this Court's Individual Practices and Procedures (the "Practices"), Defendant respectfully submits that:

      (i)      the original date is set forth above;

      (ii-iii)  there has been one previous request for an adjournment of this conference, which granted over Plaintiff's and Defendant adMarketplace Inc.'s ("adMarketplace") objections;

      (iv)    the reason for the instant request is that Kilberg is currently out of the country and shall return on Monday, April 16, 2026 but is prepared to appear virtually and/or telephonically in the Court's discretion if this Court is not inclined to grant this second adjournment; and

      (v)     While Plaintiff and adMarketplace do not consent to an adjournment, in light of the circumstances, they each consent to Kilberg appearing virtually so long as their respective clients may also appear virtually, to which Kilberg consents.

By way of further update, Kilberg sent revised drafts of both agreements to adMarketplace for review on March 23, 2026. Today, your undersigned received revisions from adMarketplace. Further, your undersigned met with counsel for adMarketplace virtually *twice* today to meet-and-confer concerning adMarketplace's further revised drafts. Your undersigned has forwarded these revised drafts to Kilberg and has requested his availability to meet and review same. In short, the settlement train is chugging along, albeit not at light speed.

In light of the foregoing, Defendant respectfully submits that sufficient good cause exists for this Court to exercise its discretion in favor of granting the requested adjournment. See Fed. R. Civ. P. 6(b)(1)(A).  Kilberg thanks this honorable Court for its continued time and attention to this case.

Dated:  Jamaica, New York
       April 7, 2026                      Respectfully submitted,

                                        **SAGE LEGAL LLC**

                                        By:  */s/ Emanuel Kataev, Esq.*
                                        Emanuel Kataev, Esq.
                                        18211 Jamaica Avenue
                                        Jamaica, NY 11423-2327
                                        (718) 412-2421 (office)
                                        (917) 807-7819 (cellular)
                                        (718) 489-4155 (facsimile)
                                        emanuel@sagelegal.nyc

                                        *Attorneys for Defendant*
                                        *Eugene Kilberg*