**PHILLIPS & ASSOCIATES**

Phillips & Associates, Attorneys At Law, PLLC
45 Broadway, Floor 28
New York, NY 10006
Tel: (212) 248-7431
Fax: (212) 901-2107

April 8, 2026

**Via ECF**
The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

       RE:    **Noh v. adMarketplace, Inc. et al**
                1:24-cv-02107-ER

Dear Judge Ramos:

We represent Plaintiff in the above-referenced matter. We write respectfully in light of the Court's recent accommodation permitting Defendant Eugene Kilberg to waive his appearance or appear remotely for the upcoming conference.

In the interest of fairness and efficiency, Plaintiff respectfully requests that the remaining parties likewise be permitted to waive their personal appearances, with counsel appearing on their behalf. The parties have conferred and Defendant Kilberg consents to this request. Defendant adMarketplace consents and joins in this request.

As set forth in Defendant Kilberg's April 7, 2026 submission, his availability was the basis for the requested relief. Under these circumstances, requiring the remaining parties to appear personally, while excusing the party whose unavailability necessitated the adjustment, would impose an unnecessary and uneven burden.

Importantly, counsel will appear and is fully prepared to address any issues the Court wishes to take up. Accordingly, excusing the parties' personal appearances will not impede the progress of the conference in any way. Permitting counsel to proceed without requiring the parties' attendance will further streamline the process while conserving party resources.

For these reasons, Plaintiff and Defendant adMarketplace respectfully request that the Court extend the same accommodation to all parties and permit their personal appearances to be waived.

We thank the Court for its time and consideration.

Respectfully,

/s/
Melissa Vo, Esq.
Phillips & Associates, PLLC

CC: (Via ECF)
All Counsel of Record