

**New Jersey**
400 Connell Drive
Suite 4000
Berkeley Heights, NJ  07922

(908) 516-1050 Tel
(908) 516-1051 Fax

**Writer's Direct Dial:**
(908) 516-1039

**Writer's E-mail:**
jkaufman@fisherphillips.com

April 17, 2026

<u>**VIA ECF**</u>
Honorable Edgardo Ramos
United States District Court Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
Courtroom: 619
New York, New York 10007

> **Re:**  *Noh v. adMarketplace et al.,*
> *1:24-cv-02107*

Your Honor:

Defendant adMarketplace, Inc., ("adMarketplace") writes in response to the Court's previous Order, whereby the parties were instructed to file a stipulation of dismissal by April 17, 2026. The undersigned writes to request a one-week extension to file a stipulation as the parties are in the process of finalizing both settlement agreements. In addition, the parties respectfully request that the Court adjourn the upcoming conference on April 23, 2026, due to a personal conflict.

Briefly, and as the Court is aware, on April 9, 2026, counsel for the parties appeared before your Honor to provide a status update regarding the settlement agreements. During that conference, the parties advised that the agreements have largely been finalized, but counsel for co-Defendant Eugene Kilberg was waiting to confer with his client regarding proposed edits and revisions to the

**Fisher & Phillips LLP**

Atlanta · Baltimore · Birmingham · Boston · Charlotte · Chicago · Cleveland · Columbia · Columbus · Dallas · Denver · Detroit · Fort Lauderdale · Gulfport · Houston
Irvine · Kansas City · Las Vegas · Los Angeles · Louisville · McLean · Memphis · Minneapolis · Nashville · New Jersey · New Orleans · New York · Orlando · Philadelphia
Phoenix · Pittsburgh · Portland, ME · Portland, OR · Sacramento · Salt Lake City · San Diego · San Francisco · Seattle · Tampa · Washington, DC · Woodland Hills

Honorable Edgardo Ramos
United States District Court Judge
April 17, 2026
Page 2

agreements. Earlier this afternoon, counsel for Kilberg provided responses to one of the two agreements, and the parties are reviewing same. It is the parties hope that both agreements can be finalized before next Friday, and to the extent the Court grants this request, the parties can advise the Court of the status of these agreements no later than April 25, 2026.

In addition, the undersigned writes to request an adjournment of the April 23, 2026 Court conference due to a personal conflict. All parties consent to this request. This is first request for an adjournment of this conference. Further, and to the extent it would be convenient for the Court, the parties can provide suggested dates and times that all parties would be able to attend.

Accordingly, the parties request a one-week extension from April 17, 2026, to April 25, 2026, to file a status update regarding the settlement agreements. In addition, the Parties request an adjournment of the conference scheduled for April 23, 2026.

Thank you for your Honor's attention to this matter.

Respectfully submitted,

*/s/ Joshua Kaufman*

**Joshua Kaufman, Esq.**
For Fisher & Phillips LLP

cc: All Counsel of Record (via ECF)

FP 63467016.1