

**New Jersey**
400 Connell Drive
Suite 4000
Berkeley Heights, NJ  07922

(908) 516-1050 Tel
(908) 516-1051 Fax

**Writer's Direct Dial:**
(908) 516-1039

**Writer's E-mail:**
jkaufman@fisherphillips.com

April 24, 2026

<u>**VIA ECF**</u>
Honorable Edgardo Ramos
United States District Court Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
Courtroom: 619
New York, New York 10007

   **Re:** *Noh v. adMarketplace et al.,*
     *1:24-cv-02107*

Your Honor:

  Defendant adMarketplace, Inc. ("adMarketplace"), by and through the undersigned counsel, respectfully submits this letter in response to the Court's Order dated April 17, 2026, which granted the parties' request for a one-week extension of time to file a stipulation of dismissal. Defendant respectfully requests a further brief extension of five calendar days, from April 24, 2026, to April 29, 2026, in which to file the stipulation, as the parties are in the process of finalizing both settlement agreements. Should the Court grant this request, the parties will further advise the Court, by no later than April 29, 2026, as to whether the status conference presently scheduled for May 1, 2026, remains necessary.

  By way of brief background, on April 17, 2026, the parties requested a one-week extension of time to file a stipulation of dismissal, which the Court granted. Prior to that request, on April

**Fisher & Phillips LLP**

Atlanta · Baltimore · Birmingham · Boston · Charlotte · Chicago · Cleveland · Columbia · Columbus · Dallas · Denver · Detroit · Fort Lauderdale · Gulfport · Houston
Irvine · Kansas City · Las Vegas · Los Angeles · Louisville · McLean · Memphis · Minneapolis · Nashville · New Jersey · New Orleans · New York · Orlando · Philadelphia
Phoenix · Pittsburgh · Portland, ME · Portland, OR · Sacramento · Salt Lake City · San Diego · San Francisco · Seattle · Tampa · Washington, DC · Woodland Hills

Honorable Edgardo Ramos
United States District Court Judge
Southern District of New York
April 24, 2026
Page 2

15, 2026, the undersigned circulated edits to both settlement agreements for the parties' review. On April 23, 2026, counsel for Eugene Kilberg responded with comments and proposed revisions to both agreements. Later that same day, the undersigned responded to those proposed revisions, and only three relatively minor issues remain outstanding.  Kilberg and his counsel plan to meet over the weekend to review and, assuming everything is in order, will send executed counterparts of the settlement agreements.

In light of the foregoing, the parties are optimistic that the agreements will be finalized by early next week, thereby obviating the need to appear before Your Honor on May 1, 2026. Accordingly, the parties respectfully request a five-day extension, through and including April 29, 2026, to file the stipulation of dismissal.  Should the parties file same on or before May 1, 2026, they request that the May 1, 2026 conference be adjourned *sine die*.

The undersigned thanks the Court for its time and consideration.

Respectfully submitted,

*/s/ Joshua Kaufman*

**Joshua Kaufman, Esq.**
For Fisher & Phillips LLP

cc:  All Counsel of Record (via ECF)

FP 63575820.2