UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA NOH,

                      Plaintiff,

    -against-

ADMARKETPLACE, INC., and EUGENE
KILBERG *individually,*

                    Defendants.

Case No. 1:24-cv-02107 (ER)

**NOTICE OF DISMISSAL
WITHOUT PREJUDICE PURSUANT
TO F.R.C.P. 41(A)(1)(A)(I)**

    **PLEASE TAKE NOTICE,** that Plaintiff,  by and through her attorneys at Phillips & Associates, Attorneys at Law, PLLC, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby state that all claims asserted in the present action against the Defendants AdMarketplace, Inc. and Eugene Kilberg are dismissed without prejudice to renew, and without cost or fees to any party.

Dated: New York, New York
       April 29, 2026

                        PHILLIPS & ASSOCIATES,
                        ATTORNEYS AT LAW, PLLC

By: _____
              Melissa Vo, Esq.
              *Attorneys for Plaintiff*
              45 Broadway, Floor 28
              New York, New York 10006
              Tel: (212) 248-7431
              Fax: (212) 901-2107
              mvo@tpglaws.com