UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA NOH,<br><br>                              Plaintiff,<br><br>          -against-<br><br>ADMARKETPLACE, INC., and EUGENE<br>KILBERG *individually,*<br><br>                              Defendants. | Case No. 1:24-cv-02107 (ER)<br><br>**STIPULATION OF DISMISSAL**<br>**WITHOUT PREJUDICE** |

**IT IS HEREBY STIPULATED** and agreed**,** by and between the parties in the above captioned action, through the undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby state that all claims and cross-claims asserted in the present action against the Defendants AdMarketplace, Inc. and Eugene Kilberg are dismissed without prejudice to renew, and without cost or fees to any party.

Dated: New York, New York
           April 30, 2026

PHILLIPS & ASSOCIATES,
ATTORNEYS AT LAW, PLLC

By: _____
Melissa Vo, Esq.
*Attorneys for Plaintiff*
45 Broadway, 28th Floor
New York, New York 10006
Tel: (212) 248-7431
mvo@tpglaws.com

FISHER PHILLIPS

By: /s/ Joshua Kaufman
Joshua Kaufman, Esq.
*Attorneys for Defendant*
*ADMARKETPLACE, INC.*
400 Connell Drive, Suite 4000
Berkeley Heights, New Jersey 07922
Tel: (908) 516-1039
jkaufman@fisherphillips.com

SAGE LEGAL

By: /s/ Emanuel Kataev
Emanuel Kataev, Esq.
*Attorneys for Defendant EUGENE*
*KILBERG*
1411 Broadway, 29th Floor
New York, New York 10018
Tel: (718) 412-2421
emanuel@sagelegal.nyc