

**New Jersey**
400 Connell Drive
Suite 4000
Berkeley Heights, NJ  07922

(908) 516-1050 Tel
(908) 516-1051 Fax

**Writer's Direct Dial:**
(908) 516-1039

**Writer's E-mail:**
jkaufman@fisherphillips.com

April 30, 2026

<u>**VIA ECF**</u>
Honorable Edgardo Ramos
United States District Court Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
Courtroom: 619
New York, New York 10007

> **Re:**  *Noh v. adMarketplace et al.,*
> *1:24-cv-02107*

Your Honor:

Defendant adMarketplace, Inc. ("adMarketplace" or "Defendant"), by and through the undersigned counsel, respectfully submits this letter in response to the voluntary dismissal filed by Plaintiff on April 29, 2026. *See* ECF Docket No. 67. The Parties are in the process of circulating the agreements for full endorsement and will file stipulations of dismissal with prejudice after the requirements of the agreements have been met.  To that end, the Parties respectfully request forty-five (45) days to file stipulations of dismissal with prejudice to provide the parties with the time contemplated under the agreements to meet their obligations.  In addition, given the parties' agreement on the finalized terms of resolution and their circulation of the agreements for execution, coupled with Plaintiff's re-filing of the corrected stipulation of dismissal (without

**Fisher & Phillips LLP**

Atlanta · Baltimore · Birmingham · Boston · Charlotte · Chicago · Cleveland · Columbia · Columbus · Dallas · Denver · Detroit · Fort Lauderdale · Gulfport · Houston
Irvine · Kansas City · Las Vegas · Los Angeles · Louisville · McLean · Memphis · Minneapolis · Nashville · New Jersey · New Orleans · New York · Orlando · Philadelphia
Phoenix · Pittsburgh · Portland, ME · Portland, OR · Sacramento · Salt Lake City · San Diego · San Francisco · Seattle · Tampa · Washington, DC · Woodland Hills

FP 63661715.2

Honorable Edgardo Ramos
United States District Court Judge
Southern District of New York
April 30, 2026
Page 2

prejudice) today, [ECF Docket No. 68] the Parties respectfully request that the Court adjourn the status conference scheduled for May 1, 2026, *sine die*.

In light of the foregoing, the parties respectfully request until June 15, 2026, to file stipulations of dismissal with prejudice, and further request that the Court adjourn the status conference scheduled for May 1, 2026, *sine die*.

The undersigned thanks the Court for its time and consideration.

Respectfully submitted,

*/s/ Joshua Kaufman*

**Joshua Kaufman, Esq.**
For Fisher & Phillips LLP

cc:   All Counsel of Record (via ECF)

FP 63661715.2