UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA NOH,

Plaintiff,

-against-

ADMARKETPLACE, INC., and EUGENE
KILBERG *individually,*

Defendants.

Case No. 1:24-cv-02107 (ER)

**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND FEES AS TO PLAINTIFF'S CLAIMS AGAINST ADMARKETPLACE**

**IT IS HEREBY STIPULATED** and agreed**,** by and between the parties in the above captioned action, through the undersigned counsel, that all claims asserted in the present action by Plaintiff Alexandra Noh against Defendant adMarketplace Inc. are dismissed with prejudice, and without costs or fees to any party.

Dated: New York, New York
      May 29, 2026

PHILLIPS & ASSOCIATES,
ATTORNEYS AT LAW, PLLC

By: _/s/ Melissa Vo_____
Melissa Vo, Esq.
*Attorneys for Plaintiff*
45 Broadway, 28th Floor
New York, New York 10006
Tel: (212) 248-7431
mvo@tpglaws.com

FISHER PHILLIPS LLP

By: _/s/ Joshua Kaufman_____
Eliza Lloyd, Esq.
Joshua Kaufman, Esq.
*Attorneys for Defendant*
*adMarketplace Inc.*
400 Connell Drive, Suite 4000
Berkeley Heights, New Jersey 07922
Tel: (908) 516-1082
elloyd@fisherphillips.com