UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA NOH,<br><br>                    Plaintiff,<br><br>-against-<br><br>ADMARKETPLACE, INC., and EUGENE KILBERG *individually,*<br><br>                    Defendants. | Case No. 1:24-cv-02107 (ER)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS AND FEES AS TO KILBERG'S CROSSCLAIMS AGAINST ADMARKETPLACE** |

**IT IS HEREBY STIPULATED** and agreed**,** by and between the parties in the above captioned action, through the undersigned counsel, that all crossclaims asserted in the present action by Defendant-Cross Claimant Eugene Kilberg against co-Defendant-Cross-Respondent adMarketplace are dismissed with prejudice, and without costs or fees to any party.

Dated: New York, New York
      May 29, 2026

| | |
|---|---|
| SAGE LEGAL | FISHER PHILLIPS |
| By:   /s/ Emanuel Kataev | By:   /s/ Joshua Kaufman |
| Emanuel Kataev, Esq.<br>*Attorneys for Defendant EUGENE KILBERG*<br>1411 Broadway, 29th Floor<br>New York, New York 10018<br>Tel: (718) 412-2421<br>emanuel@sagelegal.nyc | Eliza Lloyd, Esq.<br>Joshua Kaufman, Esq.<br>*Attorneys for Defendant adMarketplace Inc.*<br>400 Connell Drive, Suite 4000<br>Berkeley Heights, New Jersey 07922<br>Tel: (908) 516-1082<br>elloyd@fisherphillips.com |

FP 64172583.3