**PHILLIPS & ASSOCIATES**

Phillips & Associates, Attorneys At Law, PLLC
45 Broadway, Floor 28
New York, NY 10006
Tel: (212) 248-7431
Fax: (212) 901-2107

June 15, 2026

**Via ECF**
The Honorable Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

RE:  **Noh v. adMarketplace, Inc. et al**
     1:24-cv-02107-ER

Dear Judge Ramos:

We represent Plaintiff in the above-referenced matter. We write in response to the Court's prior Order dated April 30, 2026, whereby the parties were instructed to file a stipulation of dismissal by June 15, 2026. The undersigned writes to request a one-week extension to file the stipulation of dismissal as to Plaintiff Noh and Defendant Kilberg, as the parties are still working to meet their obligations to each other under the Settlement Agreement.

As the Court is aware, stipulations of voluntary dismissal between Plaintiff and Defendant AdMarketplace (Dkt #71), and between Defendants Kilberg and AdMarketplace (Dkt #72), were filed on May 29, 2026 as Defendant AdMarketplace has satisfied its obligations under the Settlement Agreement.

The parties anticipate fully consummating the Settlement Agreement within the next few days. As such, the parties request a one-week extension from June 15, 2026 to June 22, 2026, to file the last stipulation of dismissal.

We thank the Court for its time and consideration.

Respectfully,

/s/
Melissa Vo, Esq.
Phillips & Associates, PLLC

CC: (Via ECF)
All Counsel of Record

The request is granted. The parties are directed to file any remaining stipulations of dismissal by June 22, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: June 16, 2026
New York, New York