UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

**Case No.:** 1:24-cv-02107-ER

ALEXANDRA NOH,

Plaintiff,

- against -

ADMARKETPLACE, INC., and EUGENE KILBERG *individually*,

Defendants.

-----------------------------------------------------------------X

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EUGENE KILBERG**

**IT IS HEREBY STIPULATED** and agreed, by and between the parties in the above captioned action, through the undersigned counsel, that all claims asserted in this action by Plaintiff Alexandra Noh against Defendant Eugene Kilberg are hereby discontinued and dismissed in their entirety, with prejudice, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and without costs or attorneys' fees to any party.

Dated: September 9, 2026

PHILLIPS & ASSOCIATES

By: ______________________
Melissa Vo, Esq.

45 Broadway, 28th Floor
New York, New York 10006
P: (212) 248-7431
F: (212) 901-2107
mvo@tpglaws.com
*Attorneys for Plaintiff*

Dated: September 9, 2026

SAGE LEGAL LLC

By: s/ Emanuel Kataev
Emanuel Kataev, Esq.

18211 Jamaica Avenue
Jamaica, New York 11423
P: (718) 412-2421
emanuel@sagelegal.nyc
*Attorneys for Defendant EUGENE KILBERG*